United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 12-14653-MT
Alisa Bilbulyan                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: admin              Page 1 of 4              Date Rcvd: Aug 27, 2012
                              Form ID: b18             Total Noticed: 83

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2012.
db              Alisa Bilbulyan,    11239 Delano St,   North Hollywood, CA  91606-4219
smg             Los Angeles City Clerk,    P. O. Box 53200,   Los Angeles, CA  90053-0200
31958200       +Arrowhead Central Cr U,    421 N Sierra Way,   San Bernardino, CA 92410-4831
31958205      ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
               (address filed with court:  Bmw Financial,    5515 Parkcenter Cir,    Dublin, OH 43017-3584)
31958203       +Bank Of America,    Po Box 982238,   El Paso, TX 79998-2238
31958204       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
31958207       +Brclysbankde,    P.o. Box 8803,    Wilmington, DE 19899-8803
31958208       +Cach Llc,    4340 S Monaco St Unit 2,    Denver, CO 80237-3408
31958213       +Chase- Cha,    Po Box 7090,    Mesa, AZ 85216-7090
31958215       +Chld/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
31958217       +Citi C/O Cir Law Office,    Case EC057756,    8665 Gibbs Drive Ste 150,    San Diego, CA 92123-1739
31958218        Citibank NA,    C/O Hunt & Henriques, Case 12E00473,    151 Bernal Road Suite 8,
                 San Jose, CA 95119-1306
31958219       +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
31958221        Credit Control Llc,    5757 Phantom Dr Ste 330,    Hazelwood, MO 63042-2429
31958226        Equifax,    PO Box 144717,    Orlando, FL 32814-4717
31958227        Equifax Information Services, LLC,    PO Box 740256,    Atlanta, GA 30374-0256
31958228        Experian,    NCAC,   PO Box 9556,    Allen, TX 75013-9556
31958229        Experian,    Profile Management,    PO Box 9558,    Allen, TX 75013-9558
31958232       +Ge Cap C/O The Brachfeld Law Group,    Case 12E00780,    880 Apollo Street Ste 155,
                 El Segundo, CA 90245-4783
31958241       +Geico,    Attn: Region 4 Policy Processing,    Box 509090,    San Diego, CA 92150-9090
31958248       +Mb Fin Svcs,    2050 Roanoke Rd,    Westlake, TX 76262-9616
31958250       +Onewest Bank,    6900 Beatrice Dr,    Kalamazoo, MI 49009-9559
31958256       +Sterling Jewelers C/P Winn Law Grp,    Case # 12E02949,    110 E. Wilshire Ste 212,
                 Fullerton, CA 92832-1960
31958257        Steven A Booska,    PO Box 194650,    San Francisco, CA 94119-4650
31958258       +Target C/O Patenaude And Felix,    Case # 12E01869,    4545 Murphy Cyn Road 3rd Floor,
                 Sn Diego, CA 92123-4363
31958261       +Thd/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
31958262       +Trans Union Corporation,    ATTN: Public Records Department,    555 W Adams St,
                 Chicago, IL 60661-3631
31958263        Transunion Consumer Relations,    PO Box 2000,    Crum Lynne, PA 19022
31958265        Us Bk Rms Cc,    Cb Disputes,    St Louis, MO 63116
31958266       +Victor Garcia,    13412 Friar Street,    Van Nuys, CA 91401-2407
31958267        Victor Garcia C/O J. Russell Brown Jr.,    13047 Ventura Blvd Ste 100,
                 Studio City, CA 91604-2250
31958269       +Wells Fargo Bank,    Po Box 14517,    Des Moines, IA 50306-3517
31958270      #+Wells Fargo Bank Nv Na,    Po Box 94435,    Albuquerque, NM 87199-4435
31958275       +Zale/cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QALGOLDMAN.COM Aug 28 2012 03:33:00      Amy L Goldman (TR),
                 221 N. Figueroa Street, Suite 1200,    Los Angeles, CA 90012-2663
smg             EDI: EDD.COM Aug 28 2012 03:34:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P. O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Aug 28 2012 03:33:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P. O. Box 2952,    Sacramento, CA  95812-2952
cr             +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 28 2012 03:56:28
                 BMW Financial Services NA, LLC Department,    c/o Ascension Capital Group,    P.O. Box 201347,
                 Arlington, TX 76006-1347
31958197        EDI: HNDA.COM Aug 28 2012 03:34:00      American Honda Finance,    6261 Katella Ave # 1 A,
                 Cypress, CA 90630
31958198        EDI: HNDA.COM Aug 28 2012 03:34:00      American Honda Finance,    Po Box 6070,    Cypress, CA 90630
31958199       +EDI: AMEREXPR.COM Aug 28 2012 03:33:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
31958201       +EDI: BANKAMER2.COM Aug 28 2012 03:33:00      Bac/fleet-bkcard,    200 Tournament Dr,
                 Horsham, PA 19044-3606
31958202       +EDI: BANKAMER.COM Aug 28 2012 03:33:00      Bank Of America,    4161 Piedmont Parkway,
                 Greensboro, NC 27410-8119
31958209        EDI: CAPITALONE.COM Aug 28 2012 03:33:00      Cap One,    Po Box 85520,    Richmond, VA 23285
31958210        E-mail/Text: cms-bk@cms-collect.com Aug 28 2012 03:04:21      Capital Management Services,
                 726 Exchange St Ste 700,    Buffalo, NY 14210-1464
31958211       +EDI: CHASE.COM Aug 28 2012 03:33:00      Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
31958214       +EDI: RMSC.COM Aug 28 2012 03:33:00      Chevron,    Pob 5010,    Concord, CA 94524-0010
31958216       +EDI: CITICORP.COM Aug 28 2012 03:33:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
31958220       +EDI: CITICORP.COM Aug 28 2012 03:33:00      Cpu/citi,    Po Box 6497,    Sioux Falls, SD 57117-6497
31958222       +EDI: DISCOVER.COM Aug 28 2012 03:33:00      Discover Fin Svcs Llc,    Po Box 15316,
                 Wilmington, DE 19850-5316
31958223       +EDI: TSYS2.COM Aug 28 2012 03:33:00      Dsnb Bloom,    9111 Duke Blvd,    Mason, OH 45040-8999
31958224       +EDI: TSYS2.COM Aug 28 2012 03:33:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
31958225       +E-mail/Text: BKNOTICES@EAFLLC.COM Aug 28 2012 03:03:57      Equable Ascent Financi,
                 1120 West Lake Co,    Buffalo Grove, IL 60089-1970

```
District/off: 0973-1           User: admin              Page 2 of 4                  Date Rcvd: Aug 27, 2012
                               Form ID: b18             Total Noticed: 83

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
31958230      +EDI: CHASE.COM Aug 28 2012 03:33:00      First Usa Bank,    2500 Westfield Dr,
               Elgin, IL 60124-7836
31958231       EDI: CALTAX.COM Aug 28 2012 03:33:00     Franchise Tax Board,    PO Box 2952,
               Sacramento, CA 95812-2952
31958233      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/banarepdc,    Po Box 981400,    El Paso, TX 79998-1400
31958234      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/chevron,    4125 Windward Plz,
               Alpharetta, GA 30005-8738
31958235      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/ikea,    Po Box 981400,    El Paso, TX 79998-1400
31958236      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/jcp,    Po Box 984100,    El Paso, TX 79998-4100
31958237      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/jewelry Custom,    950 Forrer Blvd,
               Kettering, OH 45420-1469
31958238      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/mervyns,    Po Box 981400,    El Paso, TX 79998-1400
31958239      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/old Navy,    Po Box 965005,    Orlando, FL 32896-5005
31958240      +EDI: RMSC.COM Aug 28 2012 03:33:00       Gecrb/sonypr,    Po Box 981439,    El Paso, TX 79998-1439
31958242      +EDI: HFC.COM Aug 28 2012 03:33:00        Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
31958243      +EDI: HFC.COM Aug 28 2012 03:33:00        Hsbc/sony,    90 Christiana Rd,    New Castle, DE 19720-3118
31958244       EDI: IRS.COM Aug 28 2012 03:34:00        Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114-0326
31958245      +E-mail/Text: ebnsterling@weltman.com Aug 28 2012 03:02:20       Kay Jewelers,    375 Ghent Rd,
               Fairlawn, OH 44333-4600
31958246      +EDI: WFNNB.COM Aug 28 2012 03:33:00      Lane Bryant Retail/soa,    450 Winks Ln,
               Bensalem, PA 19020-5932
31958247       EDI: LTDFINANCIAL.COM Aug 28 2012 03:34:00      Ltd Financial Services,
               7322 Southwest Fwy Ste 1600,    Houston, TX 77074-2053
31958249      +E-mail/Text: bnc@nordstrom.com Aug 28 2012 03:02:18       Nordstrom Fsb,    Po Box 13589,
               Scottsdale, AZ 85267-3589
31958251       EDI: PRA.COM Aug 28 2012 03:34:00        Portfolio Recovery,    120 Corporate Blvd Ste 100,
               Norfolk, VA 23502
31958252      +EDI: PRA.COM Aug 28 2012 03:34:00        Portfolio Recvry And Affil,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4962
31958253      +E-mail/Text: dhallowell@safehomesecurityinc.com Aug 28 2012 03:04:56        Safehome Sec,
               55 Sebethe Dr,    Cromwell, CT 06416-1054
31958254      +EDI: SEARS.COM Aug 28 2012 03:33:00      Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
31958255      +EDI: CITICORP.COM Aug 28 2012 03:33:00   Shell/citi,    Po Box 6497,
               Sioux Falls, SD 57117-6497
31958259      +EDI: WTRRNBANK.COM Aug 28 2012 03:33:00  Target N.b.,    Po Box 673,
               Minneapolis, MN 55440-0673
31958260      +EDI: WTRRNBANK.COM Aug 28 2012 03:33:00  Target Nb,    Po Box 673,    Minneapolis, MN 55440-0673
31958264      +EDI: CITICORP.COM Aug 28 2012 03:33:00   Unvl/citi,    8787 Baypines,
               Jacksonville, FL 32256-8528
31958268      +EDI: WFFC.COM Aug 28 2012 03:33:00       Wells Fargo Bank,    711 W Broadway Rd,
               Tempe, AZ 85282-1218
31958271      +EDI: WFNNB.COM Aug 28 2012 03:33:00      Wfnnb/ann Taylor,    Po Box 182273,
               Columbus, OH 43218-2273
31958272      +EDI: WFNNB.COM Aug 28 2012 03:33:00      Wfnnb/express,    Po Box 330066,
               Northglenn, CO 80233-8066
31958273      +EDI: WFNNB.COM Aug 28 2012 03:33:00      Wfnnb/lane Bryant,    Po Box 182789,
               Columbus, OH 43218-2789
31958274      +EDI: WFNNB.COM Aug 28 2012 03:33:00      Wfnnb/victorias Secret,    Po Box 182128,
               Columbus, OH 43218-2128
                                                                                              TOTAL: 49

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
31958206*    ++BMW FINANCIAL SERVICES,    CUSTOMER SERVICE CENTER,    PO BOX 3608,    DUBLIN OH 43016-0306
             (address filed with court:   Bmw Financial Services,     5515 Parkcenter Cir,   Dublin, OH 43017)
31958212*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0973-1           User: admin              Page 3 of 4             Date Rcvd: Aug 27, 2012
                               Form ID: b18             Total Noticed: 83

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2012**                              **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0973-1           User: admin              Page 4 of 4                   Date Rcvd: Aug 27, 2012
                               Form ID: b18             Total Noticed: 83
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2012 at the address(es) listed below:

        Amy L Goldman (TR)   stern@lbbslaw.com, agoldman@ecf.epiqsystems.com
        Michael W Aiken   on behalf of Creditor  BMW Financial Services NA, LLC Department ecfnotices@ascensioncapitalgroup.com
        Tyson  Takeuchi   on behalf of Debtor Alisa Bilbulyan tysonlawfirm@yahoo.com
        United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov

                                                                                                    TOTAL: 4

Case 1:12-bk-14653-MT    Doc 12    Filed 08/29/12    Entered 08/29/12 22:57:39    Desc
Imaged Certificate of Notice    Page 4 of 6

B18 (Official Form 18)(12/11)

## United States Bankruptcy Court
## Central District Of California

21041 Burbank Blvd, Woodland Hills, CA 91367–6603

# DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Alisa Bilbulyan

**BANKRUPTCY NO.**  1:12–bk–14653–MT

**CHAPTER**  7

Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):   xxx–xx–2881
**Employer Tax–Identification (EIN) No(s).(if any):**   N/A
**Debtor Discharge Date:** 8/27/12

**Address:**
11239 Delano St
North Hollywood, CA 91606–4219

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: August 27, 2012

**Kathleen J. Campbell**
Clerk of the Court

_____

*Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social–security numbers or individual taxpayer–identification numbers.*

(Form b18–DIS Rev. 12/2011) VAN–30

10 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes;
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.